# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Madeleine Bemelmans, and Barbara Bemelmans, <br><br> Plaintiff(s), <br><br> v. <br><br> DIC Enterprises, Inc.; DIC Entertainment, L. P. ; DIC Animation City, Inc.; DIC Entertainment, Inc.,: DIC I Corporation, <br><br> Defendant(s). | CASE NO. CV07-7590 AHM(VBKx) <br><br> ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated. Make JS-6.

IT IS SO ORDERED.

Date: February 6, 2008

A. Howard Matz
United States District Court Judge